899 A.2d 294

IN THE MATTER OF RUSSELL G. CHEEK, AN ATTORNEY AT LAW (ATTORNEY NO. 033961980).

June 13, 2006.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–345, concluding that **RUSSELL G. CHEEK** of **TOMS RIVER**, who was admitted to the bar of this State in 1980, should be censured for failing to resolve outstanding financial obligations to an estate for more then five years, conduct in violation of *RPC* 1.15(b) (failure to promptly deliver funds to the client);

And respondent having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined from its review of the record, including respondent's history of discipline, that respondent's unethical conduct warrants a three-month suspension from practice;

And good cause appearing;

It is ORDERED that **RUSSELL G. CHEEK** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective July 5, 2006; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent comply with *Rule* 1:20-20, dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20-20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20-20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10-2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.